UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAJ SINGH

Plaintiff,

v.

SACRAMENTO POLICE, et al.,

Defendants.

Case No. 2:26-cv-2228-DJC-JDP (PS)

ORDER

This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On July 13, 2026, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff filed objections on July 22, 2026, and they were considered by the undersigned.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).[1] The Magistrate Judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the

[1] The Court notes that the correct docket citation for the first two cases cited in the findings and recommendations at page 3 lines 6–8 should be *Singh v. Lipworth*, 2:25-cv-1610-DJC-SCR ( E.D. Cal. 2025); Singh v. Rawat, 2:25-cv-2401-DC-CKD (E.D. Cal. 2026)

district court and [the appellate] court . . . ."). Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the proper analysis. While Plaintiff argues that he should be given leave to amend, he offers no additional facts that could be pled in support of his claims.

Accordingly, IT IS HEREBY ORDERED that:

1. The proposed Findings and Recommendations filed July 13, 2026, ECF No. 3, are ADOPTED;
2. Plaintiff's complaint, ECF No. 1, is DISMISSED without leave to amend for failure to state a claim; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **August 11, 2026**

Daniel J. Calabretta

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE